**FILED**

**NOVEMBER 9, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**07 C 6369**

**JUDGE GRADY**
**MAGISTRATE JUDGE BROWN**

# EXHIBIT A

*extra Copy.*



# NOVA DESIGN BUILD, INC.

### ARCHITECTS  INTERIOR  DESIGNERS  ENGINEERS
### 3100 DUNDEE ROAD SUITE-50B NORTHBROOK IL 60062
### PHONE: 847 564 1056  FAX: 847 564 1473

## PROPOSAL FOR LIMITED ARCHITECTURAL SERVICES/CONSTRUCTION.
## Construction by: ANNEX BUILDERS LLC Northbrook, IL.

**PART 1      DESIGN AND DRAWINGS – SERVICES WITH A LUMP SUM FEE.**
(Nova Design Build, Inc. offers Full Architectural Services as per AIA Document B141 for a fee of 7% of the cost of construction.)

(1)  **Proposal Information:**   3-18-06 (Valid for 30 days)
     Proposal Prepared For:   Mr. Mukesh Bheda, Cell (630) 779 5682
                              3223 Border Road, Geneva, Il. 60134
     Project Name:            Proposed Holiday Inn (95 +or- Units)
                              Approx. 2.1 acre parcel at lot no. 3 South-West of Lakehurst Road at Waukegan Road, with
                              access from Lakehurst Road, Waukegan, Illinois.

(2)  **Scope of Work Includes:**   *Full Construction/BID*   HM 3-18-06 V.L.L
     (2A)  Architectural:    Architectural ~~scope~~ drawings for proposed four story hotel building with indoor swimming
                             pool, administrative areas, meeting rooms, breakfast area, laundry room No lower level. Metal
                             stud and composite deck structure.
     (2B)  Civil:            By others
     (2C)  Structural:       ~~Scope~~ Drawings as required in coordination with Item No. 2A above.    *addition work*
                             (at 4'-0" frost depth and spread footing on soil with bearing capacity. min. 3,000 psf )
     (2D)  Electrical:       ~~Scope~~ Drawings as required in coordination with Item No. 2A above.
     (2E)  HVAC:             ~~Scope~~ Drawings as required in coordination with Item No. 2A above.
     (2F)  Plumbing:         ~~Scope~~ Drawings as required in coordination with Item No. 2A above.
     (2G)  Fire Protection:  By others. (By a design-build fire protection contractor).
     (2H)  Zoning:           NA
     (2I)  Franchise:        Holiday Inn Franchise approval Process.

(3)  **Scope of Work Does Not Include:**
     (3A)  Annexation/or Department of Transportation permit procedures
     (3B)  Plat of survey, topographical survey, or soil boring test report
     (3C)  Analysis of asbestos or any other contamination in existing property and specifications of removal of the same
           from the property during demolition
     (3D)  Landscape design. Indoor pool Systems design.
     (3E)  As-built drawings of existing construction and utilities.
     (3F)  Presentation drawings and models
     (3G)  Any revisions not initiated by Nova Design Build, Inc. after approval to start design development drawings.

(4)  **Nova Design Build's Fee for Scope of Work described in item number (2) above:  $ 50,000/-**
     **Fifty Thousand Dollars**

(5)  **Mode of Payment and time schedule to complete for Part I:**
     (5A)  **Retainer to Start Work:**                            25% of Total Fee
     (5B)  **Preliminary Design Completion (in 10days from start):**   25% of Total Fee + Reimb. Exp. + A. W. F.
     (5C)  **70% Design Development Phase:**                      25% of Total Fee + Reimb. Exp. + A. W. F.
     (5D)  **Permit Drawings Completion(in 90 days from start):**  25% of Total Fee + Reimb. Exp. + A. W. F.
     (5E)  **Reimbursable Expenses: Reproductions, CAD Plots, Photos, Shipping, Telephone and Transportation**
           Costs, etc. (Final CAD Plots @ $10.00/plot, Blue Line Prints @ $1.00/print. Plots may be produced in-
           house.) Nova Design Build, Inc. will not release any reproducible copies or CAD files.

(6)  This Proposal may be withdrawn by Nova Design Build, Inc. if not accepted in 7 days.

(7)  In the event that this project is delayed or placed on hold due to no fault of Nova Design Build Inc., the Owner agrees
     to pay Nova Design Build, Inc. for all progress made on the project. The Owner shall be responsible for informing
     Nova Design Build, Inc. to stop working in such event and request invoice immediately.

(8)  Nova Design Build, Inc. will assume that the reproductions submitted to the Owner or Owner's representatives are
     accepted by the Owner and that no further modifications or corrections are required unless the Owner requests Nova
     Design Build, Inc. to do so in writing within seven days after receiving the reproductions.

Proposal   Page 1 of 2



# NOVA DESIGN BUILD, INC.

## ARCHITECTS  INTERIOR  DESIGNERS  ENGINEERS
### 3100 DUNDEE ROAD SUITE-508 NORTHBROOK Il 60062
### PHONE: 847 564 1056  FAX: 847 564 1473

(9)  The Owner agrees not to use any drawings received from Nova Design Build, Inc. for bidding, permit or construction purposes unless and until Nova Design Build, Inc. is paid in full for all the invoices due for Part I.

(10)  Professional errors and omissions liability shall be limited to the actual compensation for such services.

(11)  The Owner agrees to pay Nova Design Build, Inc.:
(11A) 18% annual interest rate on all delayed payments to Nova Design Build, Inc.
(11B) All legal expenses including, but not limited to, attorney's fees and collection agency's fees involved in obtaining payment of this contract.

(12)  Design and drawings remain Nova Design Build, Inc.'s property and not to be duplicated anywhere in any fashion without Nova Design Build, Inc.'s written approval.

(13)  The Owner agrees that Nova Design Build Inc. can publicize and or display pictures and or drawings of the project for article and or marketing purposes.

(14)  *Additional work Fee (A.W.F.):* Additional services not mentioned in (2) Scope of Work Includes of Part-I will be performed as on "as needed" basis at $ 70/Hr.

### PART II    Construction Phase
The Owner has read and understood that this is a design-build contract proposal. A construction contract using appropriate AIA Documents will be signed by the owner upon mutually agreeable construction cost, schedule and terms as a next phase (PART II) of the contract with ANNEX BUILDESRS LLC, Northbrook, IL. If parties can not mutually agree on a construction contract terms in 30 days after permit drawings are completed, then the owner shall have no duty or obligation to hire Annex Builder LLC for construction phase and Nova Design Build, Inc. shall have no further obligations or duties as architect/engineers for construction phase beyond scope drawings. ✳

_VLC 3-17_
_Full construction/r_

Proposal Prepared By: _Himanshu J. Modi_     _HM 3-18-06_     Date: _3-18-06_

The Owner agrees that the terms and conditions of the proposal are satisfactory and hereby accepted:

Proposal Accepted By: _Vi Clu_
Name / Company of the Owner: _GRACE HOTELS LLC._     Date: _03-18-2006_

Attachments:

✳ In the event the owner decides not to hire Annex Builder LLC for construction the owner agrees to pay to Nova Design Build Inc. additiona $15,000 within 30 days from award of construction contract. Any modificati required in the drawings for coodina purposes will be executed by Nova Desi4 Build, Inc. without additional fee in timely manner

_HM 3-18-06_
_VLC 03-18-06_

Proposal    Page 2 of 2