U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

**FILED**
**NOVEMBER 9, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**07 C 6369**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Nova Design Build, Inc. and Annex Builders LLC,
v.
Grace Hotels, LLC, Mukesh Bheda Lyons Design Group, Inc., Adam Lyons, Robert Walz, Capital Construction LLC, and Jeff Schmitz

Case Number: 07 C 6369

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Nova Design Build, Inc.

| | |
|---|---|
| NAME (Type or print) <br> Rebecca J. Hanson | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Rebecca J. Hanson | |
| FIRM <br> Shaw Gussis Fishman Glantz Wolfson & Towbin LLC | |
| STREET ADDRESS <br> 321 N. Clark Street, Suite 800 | |
| CITY/STATE/ZIP <br> Chicago, IL 60610 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6280296 | TELEPHONE NUMBER <br> 312-541-0151 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES ☐ NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☐ NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES ☐ NO ☑ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☐ NO ☑ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |