**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of NOVA DESIGN BUILD, INC, and          Case Number:    07 C 6369

ANNEX BUILDERS, LLC,

            v.

GRACE HOTELS, LLC, et al.,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants Lyons Design Group, Inc. and Adam Lyons

| | |
|---|---|
| NAME (Type or print)  Werner Sabo | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)  s/ Werner Sabo | |
| FIRM  Sabo & Zahn | |
| STREET ADDRESS  401 N. Michigan Avenue, Suite 2050 | |
| CITY/STATE/ZIP  Chicago, IL 60611 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  3128735 | TELEPHONE NUMBER  (312) 655-8620 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |