IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NOVA DESIGN BUILD, INC, and ANNEX BUILDERS LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 07 C 6369 |
| GRACE HOTELS, LLC, et al., | ) ) | Judge Grady |
| Defendants. | ) ) | |

NOTICE OF FILING

To:   George J. Spathis, Esq.
      Rebecca J. Hanson, Esq.
      Shaw, Gussis, Fishman, et al.
      321 North Clark Street, Suite 800
      Chicago, IL 60610

You are hereby notified that on January 2, 2008, we caused to be filed with the Clerk of the United States District Court the enclosed Attorney Appearance Form for Werner Sabo.

**SABO & ZAHN**

By:   /s/ Werner Sabo

Werner Sabo (No. 3128735)
Shawn E. Goodman (No. 6216155)
Attorneys for Lyons Defendants
Sabo & Zahn
401 N. Michigan Avenue
Suite 2050
Chicago, IL 60611
(312) 655-8620 (phone)
(312) 655-8622 (fax)
wsabo@sabozahn.com
sgoodman@sabozahn.com

1

CERTIFICATE OF SERVICE

I, the attorney, on oath state that I served copies of this Notice of Filing and its enclosed Attorney Appearance Form for Werner Sabo on the attorneys listed above by placing the same in a properly addressed, postage prepaid envelope and depositing said envelope in the U.S. Mail at 401 N. Michigan Avenue, Chicago, Illinois, on or before the hour of 5:00 p.m. on January 2, 2008.

/s/ Werner Sabo

Werner Sabo (No. 3128735)
Shawn E. Goodman (No. 6216155)
Attorneys for Lyons Defendants
Sabo & Zahn
401 N. Michigan Avenue
Suite 2050
Chicago, IL 60611
(312) 655-8620 (phone)
(312) 655-8622 (fax)
wsabo@sabozahn.com
sgoodman@sabozahn.com

X:\Business\BUSINESS\Lyons\Grace Hotels\Pleadings\NotFilWS.wpd