IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NOVA DESIGN BUILD, INC, and ANNEX BUILDERS LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 07 C 6369 |
| GRACE HOTELS, LLC, et al., | ) ) | Judge Grady |
| Defendants. | ) ) | |

### AFFIDAVIT OF WERNER SABO

Werner Sabo, being first duly sworn on oath, deposes and states:

1. I am an attorney, duly licensed to practice law in the State of Illinois.

2. I am counsel to Defendants Lyons Design Group, Inc. and Adam Lyons.

3. On December 28, 2007, I searched the online database of the United States Copyright Office via its website: http://www.copyright.gov.

4. My search disclosed no copyright registration on behalf of either Plaintiff.

FURTHER AFFIANT SAYETH NOT.

_____
Werner Sabo, Esq.

SUBSCRIBED AND SWORN TO before me

this 2nd day of January, 2008

_____
Notary Public

"OFFICIAL SEAL"
PAULA LEE POULSEN
NOTARY PUBLIC STATE OF ILLINOIS
My Commission Expires 02/27/2009

X:\Business\BUSINESS\Lyons\Grace Hotels\Motions\AffWS2.wpd

Exhibit A