# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NOVA DESIGN BUILD, INC, and ANNEX BUILDERS LLC, ) | |
| Plaintiffs, ) | |
| v. ) | No. 07 C 6369 |
| GRACE HOTELS, LLC, et al., ) | Judge Grady |
| Defendants. ) | |

## NOTICE OF MOTION

To: George J. Spathis, Esq.
Rebecca J. Hanson, Esq.
Shaw, Gussis, Fishman, et al.
321 North Clark Street, Suite 800
Chicago, IL 60610

On January 16, 2008, at 11:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable John F. Grady, or any judge sitting in his stead in the courtroom usually occupied by him in Room 2201 of the United States District Court, 219 South Dearborn Street, Chicago, Illinois, and present the enclosed The Lyons Defendants' Motion to Dismiss Counts I, VI and VII of Complaint for Injunctive and Other Relief.

**SABO & ZAHN**

By:   /s/ Werner Sabo

Werner Sabo (No. 3128735)
Shawn E. Goodman (No. 6216155)
Attorneys for Lyons Defendants
Sabo & Zahn
401 N. Michigan Avenue
Suite 2050
Chicago, IL 60611
(312) 655-8620 (phone)
(312) 655-8622 (fax)
wsabo@sabozahn.com
sgoodman@sabozahn.com

CERTIFICATE OF SERVICE

      I, the attorney, on oath state that I served copies of this Notice of Motion and its enclosed The Lyons Defendants' Motion to Dismiss Counts I, VI and VII of Complaint for Injunctive and Other Relief on the attorneys listed above by placing the same in a properly addressed, postage prepaid envelope and depositing said envelope in the U.S. Mail at 401 N. Michigan Avenue, Chicago, Illinois, on or before the hour of 5:00 p.m. on January 2, 2008.

      /s/ Werner Sabo

Werner Sabo (No. 3128735)
Shawn E. Goodman (No. 6216155)
Attorneys for Lyons Defendants
Sabo & Zahn
401 N. Michigan Avenue
Suite 2050
Chicago, IL 60611
(312) 655-8620 (phone)
(312) 655-8622 (fax)
wsabo@sabozahn.com
sgoodman@sabozahn.com

X:\Business\BUSINESS\Lyons\Grace Hotels\Motions\NotMot.wpd