**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of NOVA DESIGN BUILD, INC, and | Case Number:   07 C 6369 |

ANNEX BUILDERS, LLC,

     v.

GRACE HOTELS, LLC, et al.,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants Lyons Design Group, Inc. and Adam Lyons

| |
|---|
| NAME (Type or print) |
|     Shawn E. Goodman |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|     s/ Shawn E. Goodman |
| FIRM |
|     Sabo & Zahn |
| STREET ADDRESS |
|     401 N. Michigan Avenue, Suite 2050 |
| CITY/STATE/ZIP |
|     Chicago, IL 60611 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6216155 | (312) 655-8620 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO X |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |