**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| NOVA DESIGN BUILD, INC., and ANNEX BUILDERS LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No.  07 C 6369 |
| GRACE HOTELS, LLC, MUKESH BHEDA LYONS DESIGN GROUP, INC., ADAM LYONS, ROBERT WALZ, CAPITAL CONSTRUCTION LLC, and JEFF SCHMITZ, | ) ) ) ) ) | Hon. John F. Grady |
| Defendants. | ) | |

**MOTION FOR EXPEDITED PRETRIAL CONFERENCE,
ACCELARATED DISCOVERY AND EVIDENTIARY HEARING
ON PLAINTIF'S MOTION FOR PRELIMINARY INJUNCTION**

Nova Design Build, Inc., ("Nova"), by its attorneys, and pursuant to Rule 16(a) of the Federal Rules of Civil Procedure, moves this honorable Court to schedule an expedited pretrial conference and evidentiary hearing on its Motion for Preliminary Injunction filed concurrently herewith at the earliest practicable date, and order limited expedited discovery in anticipation of the requested preliminary injunction hearing.  In support of its Motion, Nova states as follows:

**The Unlawful Duplication of Nova's Design Drawings**

1. Nova commenced this action, in part, to enjoin Grace from its unauthorized and infringing use of Nova's copyrighted and architectural and engineering design drawings in connection with Grace's construction of a Holiday Inn Express hotel in Waukegan, Illinois.

2. As set forth in greater detail in its Complaint, Grace took the drawings and designs prepared by Nova, and enlisted the assistance of certain other co-defendants, who copied the drawings, made minor revisions, and passed them off as their own.

{6308 MOT A0196530.DOC}

3. The copied drawings are the same or substantially similar in overall form, arrangement, layout, description and composition of spaces and elements of unique or creative design, as Nova's copyrighted drawing, including among other things, Nova's wall layout, wall bump-outs, column placement, shaft locations, elevator placement, pool placement, room numbers and names, suite configuration, location of specific specialized rooms and amenities, and the number and configuration of bays.

4. The substantial similarity of the drawings is conclusively evidenced by the fact that Grace mixed-and-matched the infringing and original drawings, submitting to the City of Waukegan the architectural and engineering drawings as copied and modified, together with Nova's original mechanical, electrical and plumbing designs.

5. Nova was neither advised of nor consented to such use or copying of any of its designs or drawings.

## Nova's Motion for a Preliminary Injunction

6. Grace's use of the drawings is in violation of 17 USC § 501, *et seq.*, and has caused or threatens to cause harm to Nova for which there is no adequate remedy at law. *See generally The Balsamo/Olson Group, Inc. v. Bradley Place Limited Partnership,* 966 F.Supp 757, 763-64 (C.D.Ill. 1996)(infringement of valid copyright establishes a rebuttable presumption of harm to plaintiff); *see also Joseph J. Legat Architects, P.C., v. U.S. Development Corp.,* 1991 WL 38714*8 (March 20, 1991, N.D.Ill.)(misdesignation of authorship of design drawings is remedied by injunctive rather than monetary relief).

7. Nova has concurrently moved for preliminary injunctive relief, and seeks an evidentiary hearing as soon as practicable.

**Nova's Request for Expedited Discovery**

8. In connection with its Motion for a Preliminary Injunction, and so as to adequately prepare for its requested evidentiary hearing, Nova seeks leave to serve the attached narrowly tailored written discovery on all defendants, a copy of which is attached hereto as Exhibit A. Nova requests that the Court order that the defendants produce all responsive documents within seven (7) days (or within approximately twenty days of the defendants having been served with the request).

9. In addition, Nova seeks leave to serve the document subpoenas attached hereto as Exhibit B upon Intercontinental Hotel Group ("IHG"), which reviewed and approved Nova's designs as substantially distinct from the prototype specifications that IHG had furnished to Grace, and upon the City of Waukegan, which issued construction permits based upon Nova's original designs and drawings.

10. Finally, Nova seeks leave to take the deposition of defendant Robert Walz, and the Rule 30(b)(6) depositions of defendants Grace, Lyons Design Group, Inc. and Capital Construction LLC pursuant to notices attached hereto as Exhibit C.

WHEREFORE Nova respectfully requests that the Court grant its Motion and schedule an evidentiary hearing at the earliest practicable date on its Motion for Preliminary Injunction, grant leave to Nova to serve the attached written discovery requests upon the defendants and referenced non-parties and take the limited depositions on certain parties; and granting such additional relief and remedy relief as this Court may deemed just and appropriate.

Respectfully submitted,

NOVA DESIGN BUILD, INC.

By: /s/ George J. Spathis
      One of its Attorneys

George J. Spathis (No. 6204509)
S. Jared Raab (admission pending)
Rebecca Hanson (No. 6280296)
Shaw Gussis Fishman Glantz Wolfson & Towbin LLC
321 N. Clark, Suite 800
Chicago, Illinois  60610
(312) 541-0151

## CERTIFICATE OF SERVICE

George J. Spathis, an attorney, certifies that service of the above and foregoing pleading was accomplished through the Electronic Notice for Registrants on the attached CM/ECF service list, as well as by mail and/or hand delivery upon the service list, as indicated, on or before the 4th day of January, 2008. Copies of documents required to be served by Fed. R. Civ. P. 5(a) have been served.

## CM/ECF Service List

The following is the list of attorneys who are currently on the list to receive e-mail notices for this case:

Warner Sabo, Esq.
wsabo@sabozahn.com

Shawn E. Goodman, Esq.
sgoodman@sabozahn.com

## Mail Service List

| | |
|---|---|
| Grace Hotels LLC<br>3223 Border Rd.<br>Geneva, IL 60134 | Grace Hotels LLC<br>c/o Earl L. Simon, Registered Agent<br>4709 Golf Rd., No. 475<br>Skokie, IL 60601 |
| Mukesh Bheda<br>3223 Border Rd.<br>Geneva, IL 60134 | Robert Walz<br>11111 Hall Rd., Suite 110<br>Utica, MI 48317 |
| Jeff Schmitz<br>1955 Hamlin Rd., # 103<br>Rochester Hills, MI 48309 | Capital Construction LLC<br>1955 Hamlin Rd., # 103<br>Rochester Hills, MI 48309 |

*/s/ George J. Spathis*