# EXHIBIT A

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| NOVA DESIGN BUILD, INC., and ANNEX BUILDERS LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No.  07 C 6369 |
| GRACE HOTELS, LLC, MUKESH BHEDA LYONS DESIGN GROUP, INC., ADAM LYONS, ROBERT WALZ, CAPITAL CONSTRUCTION LLC, and JEFF SCHMITZ, | ) ) ) ) ) | Hon. John F. Grady |
| Defendants. | ) ) | |

### PLAINTIFF'S FIRST REQUEST TO EACH DEFENDANT
### FOR THE PRODUCTION OF DOCUMENTS

Plaintiff, Nova Design Build, Inc. ("Nova"), in accordance with Fed. R. Civ. P. 26 and 34, hereby requests that each defendant respond in writing to the following document production requests and produce each document in its possession, custody or control which is responsive to the following requests at the offices of Shaw Gussis Fishman Glantz Wolfson & Towbin LLC, 321 North Clark Street, Suite 800, Chicago, Illinois 60610.

### Instructions

As used in this discovery request, the term "document" is meant to be synonymous with and equal in scope to usage of that term in Fed. R. Civ. P. 34(a).  Unless otherwise specified, the relevant time period for each request is from January 1, 2006 to the present.

### Document Requests

1.    All documents referring to, recording, relating to, describing, evidencing, or constituting architectural and/or engineering design drawings (hereinafter the "Drawings") prepared in connection with the planned construction of a Holiday Inn Express on Lakehurst Road in Waukegan, IL (hereinafter, the "Project").

2.      All documents referring to, recording, relating to, describing or evidencing the preparation, modification and/or revision of the Drawings prepared in connection with the Project.

3.      All documents referring to, recording, relating to, describing, evidencing, or constituting communications by and/or between any defendant (including any agent thereof) regarding the Drawings and/or the Project.

4.      All documents referring to, recording, relating to, describing, evidencing, or constituting communications by and/or between any defendant (including any agent thereof) regarding Nova Design Build, Inc., Annex Builders LLC and/or Himanshu Modi.

5.      All documents referring to, recording, relating to, describing, evidencing, or constituting an agreement by and/or between any defendant(s) (including any agent thereof) regarding the Drawings and/or the Project.

6.      Documents sufficient to reflect amounts billed, paid or payable for services rendered in connection with the Drawings prepared in connection with the Project.

RESPECTFULLY SUBMITTED,

NOVA DESIGN BUILD, INC., Plaintiff

By:    _____
                One of its attorneys

George J. Spathis (No. 6204509)
S. Jared Raab (admission pending)
Rebecca Hanson (No. 6280296)
Shaw Gussis Fishman Glantz Wolfson & Towbin LLC
321 N. Clark, Suite 800
Chicago, Illinois  60610
(312) 541-0151

{6308 REQ A0196413.DOC}                                    2

# EXHIBIT B

AO 88 (Rev. 1/94) Subpoena

Issued by the

# United States District Court

### NORTHERN DISTRICT OF ILLINOIS

NOVA DESIGN BUILD, INC., and ANNEX BUILDERS
CREDITORS OF TRAILMOBILE TRAILER, LLC

v.

GRACE HOTELS, LLC, MUKESH BHEDA, LYONS
DESIGN GROUP, INC., ADAM LYONS, ROBERT
WALZ, CAPITAL CONSTRUCTION LLC, and
JEFF SCHMITZ

**SUBPOENA**

CASE NUMBER:          07 C 6369

TO:  **CITY OF WAUKEGAN, BUILDING COMMISSION, 100 N. Martin Luther King Jr., Ave.,
Waukegan, Illinois 60085**

☐     YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☐     YOU ARE COMMANDED to testify at the taking of a deposition in the above case .

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

■     YOU ARE COMMANDED to produce and permit inspection and copying of the documents or objects described in the attached Rider.

| PLACE: **Shaw Gussis Fishman Glantz Wolfson & Towbin LLC<br>321 N. Clark St., Suite 800, Chicago, IL 60610** | DATE AND TIME<br>**January 30,  2008  10:00 am** |
|---|---|

☐     YOU ARE COMMANDED to produce and permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| Issuing Officer Signature and Title | Date |
|---|---|
| An Attorney for Plaintiffs | |

Issuing Officer's Name, Address, and Phone Number
George J. Spathis
Shaw Gussis Fishman Glantz & Wolfson & Towbin LLC, 321 N. Clark Street, Suite 800, Chicago, Illinois 60610,  (312) 541-0151

(See Rule 45, Federal Rules of Civil Procedure Parts C & D on Reverse)

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | | |

| | | MANNER OF SERVICE |
|---|---|---|
| SERVED ON (PRINT NAME) | | |

| | | TITLE |
|---|---|---|
| SERVED BY (PRINT NAME) | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____

_____
SIGNATURE OF SERVER

_____
ADDRESS OF SERVER

### Rule 45, Federal Rules of Civil Procedure, Parts C & D

**(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.**

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(2)(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection is made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it
(i) fails to allow reasonable time for compliance;
(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or
(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
(iv) subjects a person to undue burden.
(B) If a subpoena
(i) requires disclosure of a trade secret or other confidential research, development, of commercial information, or
(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

**(d) DUTIES IN RESPONDING TO SUBPOENA.**

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

## RIDER

1.    All documents referring to, recording, relating to, describing, evidencing, or constituting architectural and/or engineering design drawings (hereinafter the "Drawings") submitted in connection with the construction or anticipated construction of a Holiday Inn Express on Lakehurst Road in Waukegan, IL (hereinafter, the "Project").

2.    All documents referring to, recording, relating to, describing or evidencing the preparation, modification and/or revision of the Drawings prepared in connection with the Project.

3.    All documents referring to, recording, relating to, describing, evidencing, or constituting communications by the City of Waukegan and any defendant (including any agent thereof) regarding the Drawings and/or the Project.

4.    All documents referring to, recording, relating to, describing, evidencing, or constituting communications by the City of Waukegan and Nova Design Build, Inc., and/or Himanshu Modi.

5.    All documents referring to, recording, relating to, describing, evidencing, or constituting inspection of the Project.

AO 88 (Rev. 1/94) Subpoena

Issued by the

# United States District Court

### NORTHERN DISTRICT OF ILLINOIS

NOVA DESIGN BUILD, INC., and ANNEX BUILDERS
CREDITORS OF TRAILMOBILE TRAILER, LLC

v.

GRACE HOTELS, LLC, MUKESH BHEDA, LYONS
DESIGN GROUP, INC., ADAM LYONS, ROBERT
WALZ, CAPITAL CONSTRUCTION LLC, and
JEFF SCHMITZ

**SUBPOENA**

CASE NUMBER:        07 C 6369

TO: **INTERCONTINENTAL HOTELS GROUP PLC, Three Ravinia Drive, Atlanta GA 30346**

☐   YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐   YOU ARE COMMANDED to testify at the taking of a deposition in the above case .

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

■   YOU ARE COMMANDED to produce and permit inspection and copying of the documents or objects described in the attached Rider.

| PLACE:<br>**Shaw Gussis Fishman Glantz Wolfson & Towbin LLC**<br>**321 N. Clark St., Suite 800, Chicago, IL 60610** | DATE AND TIME<br>**January 30,  2008  10:00 am** |
|---|---|

☐   YOU ARE COMMANDED to produce and permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

      Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| Issuing Officer Signature and Title | Date |
|---|---|
| An Attorney for Plaintiffs | |

Issuing Officer's Name, Address, and Phone Number
George J. Spathis
Shaw Gussis Fishman Glantz & Wolfson & Towbin LLC, 321 N. Clark Street, Suite 800, Chicago, Illinois 60610, (312) 541-0151

(See Rule 45, Federal Rules of Civil Procedure Parts C & D on Reverse)

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|

| SERVED BY (PRINT NAME) | TITLE |
|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____

_____
SIGNATURE OF SERVER

_____
ADDRESS OF SERVER

**Rule 45, Federal Rules of Civil Procedure, Parts C & D**

**(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.**
  (1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and a reasonable attorney's fee.
  (2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.
  (2)(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection is made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.
  (3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it
    (i) fails to allow reasonable time for compliance;
    (ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or
    (iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
    (iv) subjects a person to undue burden.
  (B) If a subpoena
    (i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
    (ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
    (iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

**(d) DUTIES IN RESPONDING TO SUBPOENA.**
  (1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.
  (2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

## RIDER

1.      All documents referring to, recording, relating to, describing, evidencing, or constituting architectural and/or engineering design drawings (hereinafter the "Drawings") submitted for IHG in connection with the construction or anticipated construction by Grace Hotels LLC of a Holiday Inn Express on Lakehurst Road in Waukegan, IL (hereinafter, the "Project").

2.      All documents referring to, recording, relating to, describing, evidencing, or constituting approval of the Drawings submitted to IHG in connection with the Project.

3.      All documents referring to, recording, relating to, describing or evidencing the preparation, modification and/or revision of the Drawings prepared in connection with the Project.

4.      All documents referring to, recording, relating to, describing, evidencing, or constituting communications by IHG and any defendant (including any agent thereof) regarding the Drawings and/or the Project.

5.      All documents referring to, recording, relating to, describing, evidencing, or constituting communications by IHG and Nova Design Build, Inc., and/or Himanshu Modi.

6.      All documents referring to, recording, relating to, describing, evidencing, or constituting inspection of the Project.

# EXHIBIT C

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| NOVA DESIGN BUILD, INC., and ANNEX BUILDERS LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 07 C 6369 |
| GRACE HOTELS, LLC, MUKESH BHEDA LYONS DESIGN GROUP, INC., ADAM LYONS, ROBERT WALZ, CAPITAL CONSTRUCTION LLC, and JEFF SCHMITZ, | ) ) ) ) ) | Hon. John F. Grady |
| Defendants. | ) ) | |

## NOTICE OF DEPOSITION

Please take notice that pursuant to Federal Rules of Civil Procedure 26 and 30,

Plaintiff, NOVA DESIGN BUILD, INC., shall examine the following persons under oath

before a notary public at the time and on the dates set forth herein at the offices of Shaw

Gussis Fishman Glantz Wolfson & Towbin LLC, 321 N. Clark, Suite 800, Chicago,

Illinois 60610, unless otherwise indicated:

| Deponent: | Time and Date: |
|---|---|
| Designated officer(s), director(s), managing agent(s), or other person(s) who consent to testify on your behalf of **GRACE HOTELS, LLC** at a deposition in the above case pursuant to Federal Rules of Civil Procedure, 30(b)(6), on the matters set forth in the attached Rider. | To be determined |
| Designated officer(s), director(s), managing agent(s), or other person(s) who consent to testify on your behalf of **LYONS DESIGN GROUP, INC** at a deposition in the above case pursuant to Federal Rules of Civil Procedure, 30(b)(6), on the matters set forth in the attached Rider. | To be determined |
| **ROBERT WALZ** | To be determined<br><br>Place: To be determined |

{6308 NTC A0196539.DOC}

Designated officer(s), director(s), managing agent(s), or other person(s) who consent to testify on your behalf of **CAPITAL CONSTRUCTION LLC** at a deposition in the above case pursuant to Federal Rules of Civil Procedure, 30(b)(6), on the matters set forth in the attached Rider.

To be determined

RESPECTFULLY SUBMITTED,

NOVA DESIGN BUILD, INC., Plaintiff

By: _____
     One of its attorneys

George J. Spathis (No. 6204509)
S. Jared Raab (admission pending)
Rebecca Hanson (No. 6280296)
Shaw Gussis Fishman Glantz Wolfson & Towbin LLC
321 N. Clark, Suite 800
Chicago, Illinois 60610
(312) 541-0151

## RIDER

1.      Your review of or access to architectural and/or engineering design drawings prepared by Nova Design Build (hereinafter the "Drawings") in connection with the planned construction of a Holiday Inn Express at on Lakehurst Road in Waukegan, IL (hereinafter, the "Project").

2.      Your copying, modification and/or use of the Drawings.

3.      Your preparation of architectural and/or engineering design drawings at the direction or on behalf of Grace Hotels LLC in connection with the Project.

4.      Your review of or access to any written agreement between Nova Design Build and Grace Hotels, LLC.

5.      Your communications with the City of Waukegan in connection with the Project.

6.      Your communications with the Intercontinental Hotels Group in connection with the Project.

7.      Your agreement with any defendant regarding the Project, and/or architectural and/or engineering design drawings prepared in connection therewith.