UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

Nova Design Build, Inc., et al.
                                    Plaintiff,

v.                                                    Case No.: 1:07−cv−06369
                                                      Honorable John F. Grady

Grace Hotels, LLC, et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 10, 2008:

MINUTE entry before Judge John F. Grady :Motion to dismiss for lack of jurisdiction [8] is entered and continued until 1/16/08 at 9:30 a.m. Motion for preliminary injunction [14] is entered and continued until 1/16/08 at 9:30 a.m. Motion to expedite [16] is entered and continued until 1/16/08 at 9:30 a.m. In Court hearing set for 1/16/2008 at 09:30 AM in courtroom 1425. Hearings set for 10:30 a.m. and 11:00 a.m. stricken.Mailed notice(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.