UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NOVA DESIGN BUILD, INC., and ANNEX BUILDERS LLC,<br>    Plaintiffs,<br>v.<br>GRACE HOTELS, LLC, MUKESH BHEDA LYONS DESIGN GROUP, INC., ADAM LYONS, ROBERT WALZ, CAPITAL CONSTRUCTION LLC, and JEFF SCHMITZ,<br>    Defendants. | Civil Action No. 07 C 6369<br><br>Hon. John F. Grady |

## AMENDED NOTICE OF MOTION

TO: SEE SERVICE LIST

  **PLEASE TAKE NOTICE** that on Wednesday, January 16, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable John F. Grady, U.S. District Court Judge, in Courtroom 1425 in the U.S. Courthouse, 219 South Dearborn Street, Chicago, Illinois, or in his absence, before such other Judge who may be sitting in his place and stead and hearing motions, and shall then and there present the attached Motion, a copy of which is attached and herewith served upon you, at which time and place you may appear if you so see fit.

            Respectfully submitted,

            NOVA DESIGN BUILD, INC., Plaintiff

         By: /s/ George J. Spathis
            One of its attorneys

George J. Spathis (No. 6204509)
S. Jarret Raab (admission pending)
Rebecca Hanson (No. 6280296)
Shaw Gussis Fishman Glantz Wolfson & Towbin LLC
321 N. Clark, Suite 800
Chicago, Illinois 60610
(312) 541-0151

## CERTIFICATE OF SERVICE

George J. Spathis, an attorney, certifies that service of the above and foregoing pleading was accomplished through the Electronic Notice for Registrants on the attached CM/ECF service list, as well as by U. S. Mail delivery upon the service list, as indicated, on or before the 11th day of January, 2008. Copies of documents required to be served by Fed. R. Civ. P. 5(a) have been served.

## CM/ECF Service List

The following is the list of attorneys who are currently on the list to receive e-mail notices for this case:

Warner Sabo, Esq.
wsabo@sabozahn.com

Shawn E. Goodman, Esq.
sgoodman@sabozahn.com

## Mail Service List

Grace Hotels LLC
3223 Border Rd.
Geneva, IL 60134

Grace Hotels LLC
c/o Earl L. Simon, Registered Agent
4709 Golf Rd., No. 475
Skokie, IL 60601

Mukesh Bheda
3223 Border Rd.
Geneva, IL 60134

Robert Walz
11111 Hall Rd., Suite 110
Utica, MI 48317

Jeff Schmitz
1955 Hamlin Rd., # 103
Rochester Hills, MI 48309

Capital Construction LLC
1955 Hamlin Rd., # 103
Rochester Hills, MI 48309

_/s/ George J. Spathis_