UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NOVA DESIGN BUILD, INC., and ANNEX BUILDERS LLC,<br>　　　　　Plaintiffs,<br>v.<br><br>GRACE HOTELS, LLC, MUKESH BHEDA LYONS DESIGN GROUP, INC., ADAM LYONS, ROBERT WALZ, CAPITAL CONSTRUCTION LLC, and JEFF SCHMITZ,<br>　　　　　Defendants. | Civil Action No. 07 C 6369<br><br>Hon. John F. Grady |

## AMENDED NOTICE OF MOTION

TO:　Grace Hotels LLC　　　　　　　　Grace Hotels LLC
　　　Attention: Managers　　　　　　　c/o Earl L. Simon, Registered Agent
　　　3223 Border Rd.　　　　　　　　　4709 Golf Rd., No. 475
　　　Geneva, IL 60134　　　　　　　　　Skokie, IL 60601

**PLEASE TAKE NOTICE** that on Wednesday, January 16, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable John F. Grady, U.S. District Court Judge, in Courtroom 1425 in the U.S. Courthouse, 219 South Dearborn Street, Chicago, Illinois, or in his absence, before such other Judge who may be sitting in his place and stead and hearing motions, and shall then and there present the attached Motion for a Preliminary Injunction, a copy of which is attached and herewith served upon you, at which time and place you may appear if you so see fit.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　NOVA DESIGN BUILD, INC., Plaintiff

　　　　　　　　　　　　By:　/s/ George J. Spathis_____
　　　　　　　　　　　　　　　　One of its attorneys

George J. Spathis (No. 6204509)
S. Jarret Raab (admission pending)
Rebecca Hanson (No. 6280296)
Shaw Gussis Fishman Glantz Wolfson & Towbin LLC
321 N. Clark, Suite 800
Chicago, Illinois 60610
(312) 541-0151

## **CERTIFICATE OF SERVICE**

George J. Spathis, an attorney, certifies that service of the above and foregoing pleading was accomplished through the Electronic Notice for Registrants on the attached CM/ECF service list, as well as by U.S. Mail delivery upon the service list, as indicated, on or before the 11th day of January, 2008. Copies of documents required to be served by Fed. R. Civ. P. 5(a) have been served.

### **CM/ECF Service List**

The following is the list of attorneys who are currently on the list to receive e-mail notices for this case:

Warner Sabo, Esq.
wsabo@sabozahn.com

Shawn E. Goodman, Esq.
sgoodman@sabozahn.com

### **Mail Service List**

| | |
|---|---|
| Grace Hotels LLC<br>3223 Border Rd.<br>Geneva, IL 60134 | Grace Hotels LLC<br>c/o Earl L. Simon, Registered Agent<br>4709 Golf Rd., No. 475<br>Skokie, IL 60601 |
| Mukesh Bheda<br>3223 Border Rd.<br>Geneva, IL 60134 | Robert Walz<br>11111 Hall Rd., Suite 110<br>Utica, MI 48317 |
| Jeff Schmitz<br>1955 Hamlin Rd., # 103<br>Rochester Hills, MI 48309 | Capital Construction LLC<br>1955 Hamlin Rd., # 103<br>Rochester Hills, MI 48309 |

*/s/ George J. Spathis*