# EXHIBIT A

STATE OF ILLINOIS ) 
) SS: 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
COUNTY OF COOK )

### AFFIDAVIT OF HIMANSHU J. MODI

Himanshu J. Modi, on oath, deposes and states as follows:

1. I am over the age of twenty-one, and competent to testify to the matters set forth herein based upon my own personal knowledge.

2. On September 26, 2007, I submitted (via overnight courier) the attached application, together with the requisite filing fee and deposit of works to the Library of Congress Copyright Office in Washington, D.C., to register the copyrighted architectural and design drawings that were prepared for the erection of a Holiday Inn Express by Grace Hotels LLC in Waukegan, Illinois.

3. Although I have not yet received a certificate of registration, I have not received a telephone call, letter or other communication from any Copyright Office Staff Member requesting further information, or indicating that the application could not be accepted.

AFFIANT SAYETH FURTHER NOT.

_____
HIMANSHU J. MODI

Subscribed and Sworn Before Me
on this 15th day of January, 2008.

_____
Notary Public

OFFICIAL SEAL
LAURA OLCOTT
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:01/09/10