## CERTIFICATE OF SERVICE

 George J. Spathis, an attorney, certifies that service of the above and foregoing pleading was accomplished through the Electronic Notice for Registrants on the attached CM/ECF service list, as well as by U. S. Mail delivery upon the service list, as indicated, on or before the 15th day of January, 2008. Copies of documents required to be served by Fed. R. Civ. P. 5(a) have been served.

## CM/ECF Service List

 The following is the list of attorneys who are currently on the list to receive e-mail notices for this case:

Warner Sabo, Esq.
wsabo@sabozahn.com

Shawn E. Goodman, Esq.
sgoodman@sabozahn.com

Daniel L. Kegan, Esq.
Daniel@keganlaw.com

## Mail Service List

Robert Walz
11111 Hall Rd., Suite 110
Utica, MI 48317

| Jeff Schmitz | Capital Construction LLC |
| --- | --- |
| 1955 Hamlin Rd., # 103 | 1955 Hamlin Rd., # 103 |
| Rochester Hills, MI 48309 | Rochester Hills, MI 48309 |

         _/s/ George J. Spathis_