UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Nova Design Build, Inc., et al.
                              Plaintiff,

v.                                                          Case No.: 1:07−cv−06369
                                                            Honorable John F. Grady

Grace Hotels, LLC, et al.
                              Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 16, 2008:

   MINUTE entry before Judge John F. Grady :Motion to dismiss for lack of jurisdiction [8] is taken under advisement. Motion for preliminary injunction [14] is taken under advisement. Motion to expedite [16] is taken under advisement. Motion hearing held on 1/16/2008 regarding motion to dismiss/lack of jurisdiction[8], motion to expedite[16], motion for preliminary injunction[14]. Plaintiff is granted leave to file a supplemental response to the motion to dismiss/lack of jurisdiction[8] by 1/3/0/08; reply due by 2/6/2008. The Court will rule by mail.Mailed notice(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.