AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

Nova Design Build, Inc., and Annex Builders LLC,

V.

Grace Hotels, LLC, Mukesh Bheda, Lyons Design Group, Inc., Adam Lyons, Robert Walz, Capital Construction LLC and Jeff Schmitz

CASE NUMBER: 07 C 6369

ASSIGNED JUDGE: Grady

DESIGNATED MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Grace Hotels LLC
3223 Border Rd.
Geneva, IL 60134

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

George J. Spathis, Esq.
Shaw Gussis Fishman Glantz Wolfson & Towbin LLC
321 N. Clark, Suite 800
Chicago, IL 60610

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

JAN 0 2 2008

DATE

# Affidavit of Process Server

**Nova Design et al.** vs **Grace Hotels et al.**    07C6369
PLAINTIFF/PETITIONER　　　　DEFENDANT/RESPONDENT　　　CASE #

Being duly sworn, on my oath, I __Karl Brown__ declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served __Grace Hotels LLC__
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $ _____ witness fee and mileage
☒ __Summons and Complaint__

by serving (NAME) ☒ Reg __Mukesh Bheda__
at ☒ Home __3223 Border Rd.__
☐ Business _____
☐ on (DATE) __1-7-08__ at (TIME) __6:20 pm__

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service.
☒ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely __Mukesh Bheda Owner/Partner__
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address　　☐ Evading　　☐ Other: _____
☐ Address Does Not Exist　　☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding　　☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( ) _____ , ( ) _____
　　　　　　　　　　　　　　　　　　DATE　TIME　　　　　　　DATE　TIME
( ) _____ , ( ) _____ , ( ) _____
　DATE TIME　　　　　　DATE TIME　　　　　DATE TIME

**Description:**
☒ Male　☐ White Skin　☒ Black Hair　☐ White Hair　☐ 14-20 Yrs.　☐ Under 5'　☐ Under 100 Lbs.
☐ Female　☐ Black Skin　☐ Brown Hair　☐ Balding　☐ 21-35 Yrs.　☐ 5'0"-5'3"　☐ 100-130 Lbs.
　　　　　☐ Yellow Skin　☐ Blond Hair　　　　　　☒ 36-50 Yrs.　☒ 5'4"-5'8"　☒ 131-160 Lbs.
　　　　　☒ Brown Skin　☐ Gray Hair　☐ Mustache　☐ 51-65 Yrs.　☐ 5'9"-6'0"　☐ 161-200 Lbs.
☒ Glasses　☐ Red Skin　☐ Red Hair　☐ Beard　☐ Over 65 Yrs.　☐ Over 6'　☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois　　County of Cook

Subscribed and sworn to before me, a notary public, this __10__ day of __January__, 20__08__

*OFFICIAL SEAL*
*ANDREW RAPHAEL*
*NOTARY PUBLIC, STATE OF ILLINOIS*
*MY COMMISSION EXPIRES 11-17-2011*

NOTARY PUBLIC

__Karl Brown__
SERVED BY
LASALLE PROCESS SERVERS

Shaw

**NAPPS**
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.