IN THE UNITED STAES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **NOVA DESIGN BUILD, INC. AND ANNEX BUILDERS LLC,** ) | Case **07 C 6369** |
|     Plaintiffs, ) | |
|     v. ) | Judge John F Grady |
| **GRACE HOTELS, LLC, MUKESH BHEDA,** ) | |
| **LYONS DESIGN GROUP, INC, ADAM LYONS, ROBERT WALZ,** ) | Magistrate Brown |
| **CAPITAL CONSTRUCTION LLC, AND JEFF SCHMITZ** ) | |
|     Defendants. ) | |

# STIPULATED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD

Defendants Grace Hotels, LLC ("Grace Hotels") and Mukesh Bheda ("Bheda"), by their attorneys, with the January 22, 2008 telephone stipulated agreement of Plaintiffs' counsel, George Spathis, request the Court extend the time for defendants, exclusive of Adam Lyons and Lyons Design Group, Inc., to respond to the Complaint until twenty (20) days after the later of service of the Summons in a Civil Case, the waiver of service due date, or the Court has ruled on the pending motions to dismiss.

This stipulated motion raises no new issues requiring briefing. Grant of this stipulated motion does not impact the jurisdiction issue before the Court, nor does it impact the briefing schedule set by the Court's January 16, 2008 order. No additional briefing should be needed by any party.

Defendants Grace Hotels were served their Summons in a Civil Action January 7, 2008, after Defendants Adam Lyons ("Lyons") and Lyons Design Group, Inc. ("Lyons Design") filed their motion to dismiss, January 2, 2008.

It appears premature and would engender additional confusion were some of the defendants to answer some of the Complaint counts while the Court's jurisdiction on the principal copyright claim is uncertain. Since the remaining

counts are pendent upon the federal jurisdiction of the copyright claim, were the copyright claim to be dismissed, this Court may decline supplemental jurisdiction. 28 USC §1367.

Respectfully submitted,


_s/Daniel Kegan/_____
Daniel L. Kegan, ext 21
KEGAN & KEGAN, LTD.
Attorneys for Defendants
Grace Hotels, LLC & Mukesh Behda
79 W Monroe #1320
Chicago IL 60603-4969
312•782-6495; Fax 312•782-6494
daniel@keganlaw.com
January 24, 2008