IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NOVA DESIGN BUILD, INC. AND ANNEX BUILDERS LLC, ) | Case 07 C 6369 |
|     Plaintiffs, ) | |
|     v. ) | Judge John F Grady |
| GRACE HOTELS, LLC, MUKESH BHEDA, ) | |
| LYONS DESIGN GROUP, INC, ADAM LYONS, ROBERT WALZ, ) | Magistrate Brown |
| CAPITAL CONSTRUCTION LLC, AND JEFF SCHMITZ ) | |
|     Defendants. ) | |

# NOTICE OF
# STIPULATED MOTION TO EXTEND
# TIME TO ANSWER OR OTHERWISE PLEAD

    PLEASE TAKE NOTICE that on Wednesday, January 30, 2008, at 11:00 am, or as soon thereafter as counsel may be heard, Defendants Grace Hotels LLC and Mukesh Bheda shall appear before the Honorable Judge John Grady, Room 1425, 219 S Dearborn, Chicago IL, or any judge sitting in his stead, and present the Stipulated Motion to Extend Time to Answer or Otherwise Plead, a copy of which is attached.

s/Daniel Kegan/_____
Daniel L. Kegan, ext 21
KEGAN & KEGAN, LTD.
Attorneys for Defendants
Grace Hotels, LLC & Mukesh Behda
79 W Monroe #1320
Chicago IL 60603-4969
312•782-6495; Fax 312•782-6494
daniel@keganlaw.com
January 24, 2008

**Certificate of Service**

I, the below signed person, hereby certified that on the below date I caused to be served by US First Class Mail, a copy of this Notice and Stipulated Motion to Extend Time to Answer or Otherwise Plead to others: Plaintiff's counsel**, George J Spathis** at Shaw Gussis Fishman Glantz Wolfson & Towbin Llc, 321 N Clark St #800, Chicago IL 60610 and Lyons counsel, **Werner Sabo**, at Sabo & Zahn, 401 N Michigan Ave #2050, Chicago IL 60611.  24 January 2008.
                                                S/Daniel Kegan/ _____

Nova Design Build v Grace Hotels • **07C 6369** •