# EXHIBIT A

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | )  SS: |
| COUNTY OF COOK | ) |

### AFFIDAVIT OF HIMANSHU J. MODI

Himanshu J. Modi, on oath, deposes and states as follows:

1. I am over the age of twenty-one, and competent to testify to the matters set forth herein based upon my own personal knowledge. I am the sole shareholder and chief executive officer of Nova Design Build, Inc.

2. On September 16, 2007, I submitted (via FedEx priority overnight) the attached application, together with the requisite filing fee and deposit of works (in this case, architectural design drawings) to the Library of Congress Copyright Office in Washington, D.C., to register the drawings that I prepared for the erection of a Holiday Inn Express by Grace Hotels LLC in Waukegan, Illinois. The specific drawings that I submitted (on rolled 24"x36" paper) are identified on the list attached hereto.

3. The check that was submitted with the application was cashed in November, 2007. Although I have not yet received a certificate of registration, I have not received a telephone call, letter or other communication from any Copyright Office Staff Member requesting further information, or indicating that the application could not be accepted.

4. During a recent inquiry that I made to the Copyright Office, the person with whom I spoke acknowledged the receipt of the package that I sent, and advised me that my application was assigned "Service Request No. 1-19006513."

AFFIANT SAYETH FURTHER NOT.

_____
HIMANSHU J. MODI
1-30-08

Subscribed and Sworn Before Me
on this 30TH day of January, 2008.

_____
Notary Public

"OFFICIAL SEAL"
Michael Polidario
Notary Public, State of Illinois
My Commission Expires Oct. 2, 2010

Sep 28 2007 1:19PM   Vega Group                          1-847-564-1473                 p.1

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at www.copyright.gov, write the Copy-
right Office, or call (202) 707-3000.

Date: 9-28-07   No. of Pages 4
To: Mr. Spathis
Company: SHAH GUSSIS FISHMAN GLANTZ
Fax #: 312-275-0564
From: Himanshu J. Modi
Nova Design Build Inc.
Fax # (847) 564-1473
Phone # (847) 564-1056

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA _____ VAU
EFFECTIVE DATE OF REGISTRATION

Month   Day   Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** Title of This Work ▼
MOTEL PROJECT-1

NATURE OF THIS WORK ▼ See instructions
ARCHITECTURAL DESIGN DRAWINGS

Previous or Alternative Titles ▼
N.A.

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2** NAME OF AUTHOR ▼
a HIMANSHU J. MODI

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼
11-4-1958      —

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of U.S.A.
     Domiciled in U.S.A.

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☒ No   If the answer to either
Pseudonymous? ☐ Yes  ☒ No   of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph       ☐ Text
☐ Reproduction of work of art ☐ Jewelry design  ☒ Architectural work

Name of Author ▼
b

Dates of Birth and Death
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of
     Domiciled in

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No

Nature of Authorship Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph       ☐ Text
☐ Reproduction of work of art ☐ Jewelry design  ☐ Architectural work

**3** a Year in Which Creation of This Work Was Completed
2006  Year   This information must be given in all cases.

b Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month 6   Day 19   Year 2006
U.S.A.   Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
HIMANSHU J. MODI
3036 PAWTUCKET ROAD
NORTHBROOK    IL. 60062

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
               • See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

Sep 28 2007 1:19PM    Vega Group    1-847-564-1473    p.2

|  | EXAMINED BY | FORM VA |
|---|---|---|
|  | CHECKED BY |  |
|  | ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5 PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼    Year of Registration ▼

**6 DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
FEW ELEMENTS COMPILED FROM FRANCHISE MOTEL PROTOTYPE DESIGN - LAID OUT AND ARRANGED, MODIFIED IN ORIGINAL (UNIQUE) WAY.
b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**7 DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼    Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
HIMANSHU J. MODI
3036 PAWTUCKET ROAD
NORTHBROOK IL. 60062
Area code and daytime telephone number ( (847)-564-1056    Fax number ( (847) 564-1473
Email  hjmodi@gmail.com

**8 CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶ ☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
HIMANSHU J. MODI    Date 9-26-07
Handwritten signature (X) ▼
X  Himanshu J. Modi

**9** Certificate will be mailed in window envelope to this address:
Name ▼ HIMANSHU J. MODI
Number/Street/Apt ▼ 3036 PAWTUCKET ROAD
City/State/ZIP ▼ NORTHBROOK IL. 60062

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA - Full    Rev: 07/2006    Print: 07/2006—30,000    Printed on recycled paper    U.S. Government Printing Office: 2004-320-956/60,125

## MOTEL PROJECT-1

| DWG. TITLE | DWG. NO. |
|---|---|
| A-1-1 | FIRST FLOOR PLAN |
| A-2-1 | SECOND FLOOR PLAN |
| A-3-1 | THIRD FLOOR PLAN |
| A-4-1 | FOURTH FLOOR PLAN |
| A-4A-1 | POOL/LOBBY PARTIAL ENLARGED PLAN |
| A-4B-1 | GRET RM., MEETING RM. PART. ENLARGED PLAN |
| A-4C-1 | TYPICAL ROOMS LAYOUT-1 |
| A-4D-1 | TYPICAL ROOMS LAYOUT-2 |
| A-4F-1 | 1ST FLOOR CEILING PLAN |
| A-F2-1 | SECOND FLOOR CEILING PLAN |
| A-4F3-1 | THIRD FLOOR PLAN |
| A-4G-1 | 1ST FLOOR POOL/LOBBY CEILING PLANS |
| A-4H-1 | GR, PANTRY, MR CEILING PLANS |
| A-5A-1 | EXTERIOR ELEVATIONS |
| S-1A-1 | FOUNDATION PLAN |
| S-1B-1 | FIRST FLOOR PLAN |
| S-2-1 | SECOND FLOOR FRAMING PLAN |
| S-3-1 | THIRD FLOOR FRAMING PLAN |
| S-4-1 | FOURTH FLOOR FRAMING PLAN |
| M-1-1 | FIRST FLOOR HVAC PLAN |
| M-2-1 | SECOND FLOOR HVAC PLAN |
| M-3-1 | THIRD FLOOR HVAC PLAN |
| M-4-1 | FOURTH FLOOR HVAC PLAN |
| P-1-1 | FIRST FLOOR UNDERGROUND PLUMBING |
| P-1A-1 | FIRST FLOOR UNDERGROUND PLUMBING |
| P-1B-1 | FIRST FLOOR PLUMBING |
| P-2-1 | SECOND FLOOR PLUMBING |
| P-3-1 | THIRD FLOOR PLUMBING |
| P-4-1 | FOURTH FLOOR PLUMBING PLAN |
| E-1A-1 | FIRST FLOOR POWER PLAN |
| E-1B-1 | FIRST FLOOR LIGHTING PLAN |
| E-2-1 | SECOND FLOOR ELECTRICAL PLAN |
| E-3-1 | THIRD FLOOR ELECTRICAL PLAN |
| E-4-1 | FOURTH FLOOR ELECTRICAL PLAN |