IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NOVA DESIGN BUILD, INC, and ANNEX BUILDERS LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 07 C 6369 |
| GRACE HOTELS, LLC, et al., | ) ) | Judge Grady |
| Defendants. | ) ) | |

NOTICE OF FILING

To:  George J. Spathis, Esq.          Daniel Kegan, Esq.
     Rebecca J. Hanson, Esq.          Kegan & Kegan Ltd.
     Shaw, Gussis, Fishman, et al.    79 West Monroe Street
     321 North Clark Street, Suite 800   Suite 1320
     Chicago, IL 60610                Chicago, IL 60603

You are hereby notified that on February 4, 2008, we caused to be filed with the Clerk of the United States District Court the enclosed The Lyons Defendants' Reply to Plaintiffs' Amended Response in Opposition to the Lyons Defendants' Motion to Dismiss Count I, VI and VII of the Complaint for Injunctive and Other Relief.

SABO & ZAHN

By:  /s/ Werner Sabo

Werner Sabo (No. 3128735)
Shawn E. Goodman (No. 6216155)
Attorneys for the Lyons Defendants
Sabo & Zahn
401 N. Michigan Avenue
Suite 2050
Chicago, IL 60611
(312) 655-8620 (phone)
(312) 655-8622 (fax)
wsabo@sabozahn.com
sgoodman@sabozahn.com

1

CERTIFICATE OF SERVICE

      I, the attorney, on oath state that I served copies of this Notice of Filing and its enclosed The Lyons Defendants' Reply to Plaintiffs' Amended Response in Opposition to the Lyons Defendants' Motion to Dismiss Counts I, VI and VII of the Complaint for Injunctive and Other Relief on the attorneys listed above by placing the same in properly addressed, postage prepaid envelopes and depositing said envelopes in the U.S. Mail at 401 N. Michigan Avenue, Chicago, Illinois, on or before the hour of 5:00 p.m. on February 4, 2008.

          /s/ Werner Sabo

Werner Sabo (No. 3128735)
Shawn E. Goodman (No. 6216155)
Attorneys for the Lyons Defendants
Sabo & Zahn
401 N. Michigan Avenue
Suite 2050
Chicago, IL 60611
(312) 655-8620 (phone)
(312) 655-8622 (fax)
wsabo@sabozahn.com
sgoodman@sabozahn.com

X:\Business\BUSINESS\Lyons\Grace Hotels\Motions\NotFil.wpd