UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NOVA DESIGN BUILD, INC., and ANNEX BUILDERS LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 07 C 6369 |
| GRACE HOTELS, LLC, MUKESH BHEDA LYONS DESIGN GROUP, INC., ADAM LYONS, ROBERT WALZ, CAPITAL CONSTRUCTION LLC, and JEFF SCHMITZ, | ) ) ) ) ) ) | Hon. John F. Grady |
| Defendants. | ) ) | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE SURREPLY *INSTANTER* TO DEFENDANTS' REPLY BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS COUNTS I, VI AND VII**

Plaintiffs Nova Design Build, Inc. ("Nova"), and Annex Builders LLC (collectively, "Plaintiffs"), by their attorneys, move for leave to file a sur-reply *instanter* to address new arguments and authority raised by Defendants Lyons Design Group, Inc., and Adam Lyons (the "Lyons Defendants") in their reply in support of their motion of to dismiss Counts I, VI and VII of the Complaint for Injunctive and Other Relief, and in support thereof, states as follows:

1. In their reply, the Lyons Defendants, introduce new arguments and authority to contest this Court's jurisdiction over the copyright dispute that is at the heart of this dispute.

2. In order to fairly address the new arguments and authority, Plaintiffs seek leave to file a short (four page) sur-reply, a copy of which is filed herewith. Plaintiffs believe that the sur-reply will facilitate this Court's resolution of the pending jurisdictional challenge. There is no prejudice to the Lyons Defendants in granting the motion.

WHEREFORE, Plaintiffs respectfully request that this Court grant their motion, and enter an order granting them leave to file the sur-reply *instanter*, and such additional relief that this Court deems appropriate.

Respectfully submitted,

NOVA DESIGN BUILD, INC.

By: /s/ George J. Spathis
One of its Attorneys

George J. Spathis (No. 6204509)
S. Jared Raab (admission pending)
Rebecca Hanson (No. 6280296)
Shaw Gussis Fishman Glantz Wolfson & Towbin LLC
321 N. Clark, Suite 800
Chicago, Illinois 60610
(312) 541-0151