## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| NOVA DESIGN BUILD, INC., and ANNEX BUILDERS LLC, )<br>　　　　　　Plaintiffs, )<br>　　v. )<br>　 )<br>GRACE HOTELS, LLC, MUKESH BHEDA )<br>LYONS DESIGN GROUP, INC., ADAM )<br>LYONS, ROBERT WALZ, CAPITAL )<br>CONSTRUCTION LLC, and JEFF SCHMITZ, )<br>　 )<br>　　　　　　Defendants. ) | Civil Action No.  07 C 6369<br><br>Hon. Samuel Der-Yeghiyan |

## NOTICE OF MOTION

TO:　　SEE SERVICE LIST

**PLEASE TAKE NOTICE** that on Thursday, April 10, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Samuel Der-Yeghiyan, in Courtroom 1903 in the U.S. Courthouse, 219 South Dearborn Street, Chicago, Illinois, or in his absence, before such other Judge who may be sitting in his place and stead and hearing motions, and shall then and there present the attached Motion, a copy of which is attached and herewith served upon you, at which time and place you may appear if you so see fit.

Date: April 7, 2008　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　NOVA DESIGN BUILD, INC., Plaintiff


　　　　　　　　　　　　　　　　　　　　　　By:  /s/ George J. Spathis
　　　　　　　　　　　　　　　　　　　　　　　　　One of its attorneys

George J. Spathis (No. 6204509)
S. Jarret Raab (No. 6294632)
Rebecca Hanson (No. 6280296)
Shaw Gussis Fishman Glantz Wolfson & Towbin LLC
321 N. Clark, Suite 800
Chicago, Illinois  60610
(312) 541-0151

## **CERTIFICATE OF SERVICE**

George J. Spathis, an attorney, certifies that service of the above and foregoing pleading was accomplished through the Electronic Notice for Registrants on the attached CM/ECF service list, as well as by U. S. Mail delivery upon the service list, as indicated, on or before the 7th day of April, 2008. Copies of documents required to be served by Fed. R. Civ. P. 5(a) have been served.

## **CM/ECF Service List**

The following is the list of attorneys who are currently on the list to receive e-mail notices for this case:

Warner Sabo, Esq.
wsabo@sabozahn.com

Shawn E. Goodman, Esq.
sgoodman@sabozahn.com

Daniel L. Kegan, Esq.
Daniel@keganlaw.com

## **Mail Service List**

| | |
|---|---|
| Jeff Schmitz | Capital Construction LLC |
| 1955 Hamlin Rd., # 103 | 1955 Hamlin Rd., # 103 |
| Rochester Hills, MI 48309 | Rochester Hills, MI 48309 |

*/s/ George J. Spathis*