## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| NOVA DESIGN BUILD, INC., and ANNEX BUILDERS LLC, | ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No.  07 C 6369 |
| | ) | |
| GRACE HOTELS, LLC, MUKESH BHEDA LYONS DESIGN GROUP, INC., ADAM LYONS, ROBERT WALZ, CAPITAL CONSTRUCTION LLC, and JEFF SCHMITZ, | ) ) ) ) ) | |
| Defendants. | ) | |

## AMENDED MOTION FOR A PRELIMINARY INJUNCTION

Nova Design Build, Inc., ("Nova"), by its attorneys, and pursuant to Rule 65 of the Federal Rules of Civil Procedure, moves this honorable Court for a preliminary injunction to prevent Defendant Grace Hotels, LLC ("Grace") form its continued unauthorized and infringing use of  Nova's copyrighted designs and drawings in connection with Grace's construction of a Holiday Inn Express hotel in Waukegan, Illinois while this action is pending.  In support of its Motion, Nova states as follows:

1.      Nova commenced this action, in part, to permanently enjoin Grace from its unauthorized and infringing use of Nova's copyrighted designs and architectural and engineering drawings in connection with Grace's construction of a Holiday Inn Express hotel in Waukegan, Illinois.

2.      Each and every drawing, contains the following prominent notice of copyright:

© 2006 NOVA DESIGN BUILD, INC.  ALL RIGHTS RESERVED.
NO PART OF THIS DRAWING MAY BE REPRODUCED IN ANY WAY
WITHOUT THE PRIOR WRITTEN PERMISSION OF NOVA DESIGN
BUILD, INC.

Nova owns a valid and registered copyright on the design and drawings that it prepared.

3.    Nova's drawings were submitted to the City of Waukegan in connection with Grace's permitting process, and the City issued a construction permit based upon Nova's design and drawings.

4.    Thereafter, Grace decided to modify the designs slightly, but sought to avoid paying Nova the fees to provide modifications to Nova's approved drawings. Instead, Grace enlisted the assistance of certain other co-defendants, who were apparently willing to accept a reduced fee to simply (and unlawfully) copy the drawings, make minor revisions, and pass them off as their own.

5.    The modified drawings re-submitted to the City are the same or substantially similar in overall form, arrangement, layout, description and composition of spaces and elements of unique or creative design, as Nova's copyrighted drawing.

6.    Merely by way of example, the infringing drawings copied more than 90% of Nova's design, including among other things, Nova's wall layout, wall bump-outs, column placement, shaft locations, elevator placement, pool placement, room numbers and names, suite configuration, location of specific specialized rooms and amenities, and the number and configuration of bays.

7.    Nova was neither advised of nor consented to such use or copying of its designs or drawings.

8.    On information and belief, Grace was aware of and induced, directed or materially contributed to the referenced infringement in violation of 17 USC § 501, *et seq*.

9.    Grace's unlawful conduct has caused or threatens to cause Nova with irreparable harm, for which there is no adequate remedy at law.    Indeed, irreparable

injury is presumed in cases of copyright infringement. *See generally The Balsamo/Olson Group, Inc. v. Bradley Place Limited Partnership,* 966 F.Supp 757, 763-64 (C.D.Ill. 1996)(infringement of valid copyright establishes a rebuttable presumption of harm to plaintiff); *see also Joseph J. Legat Architects, P.C., v. U.S. Development Corp.,* 1991 WL 38714*8 (March 20, 1991, N.D.Ill.)(misdesignation of authorship of design drawings is remedied by injunctive rather than monetary relief).

10.    The injunctive relief sought will not adversely affect the public interest, but rather will substantially promote the public interest as it will protect intellectual property rights and promote public safety. *See Bradley Place,* 966 F.Supp. at 764.

11.    Nova will likely prevail on the merits of its claims for copyright infringement, and the balance of harms weighs substantially in favor of ordering injunctive relief.[1]

WHEREFORE Nova respectfully requests that the Court enjoin Grace and its corporate parent, subsidiaries and affiliates, and their respective officers, directors, members, managers, employees and agents, as well as their successors and assigns: (1) from any further use of any design or drawing that infringes on Nova's copyright; and (2) to return, surrender and/or destroy any and all such infringing designs and drawings; and granting such additional relief and remedy relief as this Court may deemed just and appropriate.

---

[1]    Nova reserves its right to submit a memorandum of points and authorities prior to any evidentiary hearing on its Motion, complete with citations to the record established through discovery.

RESPECTFULLY SUBMITTED,

NOVA DESIGN BUILD, INC., Plaintiff


By:  /s/ George J. Spathis_____
          One of its attorneys

George J. Spathis (No. 6204509)
S. Jared Raab (admission pending)
Rebecca Hanson (No. 6280296)
Shaw Gussis Fishman Glantz Wolfson & Towbin LLC
321 N. Clark, Suite 800
Chicago, Illinois  60610
(312) 541-0151

## CERTIFICATE OF SERVICE

George J. Spathis, an attorney, certifies that service of the above and foregoing pleading was accomplished through the Electronic Notice for Registrants on the attached CM/ECF service list, as well as by U. S. Mail delivery upon the service list, as indicated, on or before the 8th day of April, 2008. Copies of documents required to be served by Fed. R. Civ. P. 5(a) have been served.

## CM/ECF Service List

The following is the list of attorneys who are currently on the list to receive e-mail notices for this case:

Warner Sabo, Esq.
wsabo@sabozahn.com

Shawn E. Goodman, Esq.
sgoodman@sabozahn.com

Daniel L. Kegan, Esq.
Daniel@keganlaw.com

## Mail Service List

Jeff Schmitz                          Capital Construction LLC
1955 Hamlin Rd., # 103                1955 Hamlin Rd., # 103
Rochester Hills, MI 48309             Rochester Hills, MI 48309

_/s/ George J. Spathis_