# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6369 | **DATE** | 4/10/2008 |
| **CASE TITLE** | Nova Design, et al. Vs. Grace Hotels, et al. | | |

**DOCKET ENTRY TEXT**

This case was reassigned to this Court. The docket is not clear as to which parties have been served and which parties have filed responsive pleadings or have failed to file responsive pleadings, and as to the names of counsel who are representing the respective parties. Pursuant to the Court's standing orders, the parties are ordered to submit a joint status report and joint jurisdictional status report by 04/17/08. The joint report should include the names of all parties, the names of counsels who represents them, which parties are in default for failing to plead, and all other pertinent information relating to the status of the case. All pending motions are taken under advisement. Status hearing reset to 04/29/08 at 9:00 a.m. Failure by any party to comply with the Court's order or failure by any party to appear on a Court's noticed status hearing, will result in a default or dismissal for want of prosecution or other sanctions, as appropriate.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MW |
|---|---|---|