**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Nova Design Build, Inc. et al v Grace Hotels, LLC et al | Case Number: 1:07-cv-6369 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Jeff Schmitz and JS Capitol Construction Inc. (incorrectly named in Complaint as Capital Construction LLC), Defendants

| |
|---|
| NAME (Type or print)<br>Daniel Kegan |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ daniel kegan/ |
| FIRM<br>Kegan & Kegan, Ltd. |
| STREET ADDRESS<br>79 W Monroe St #1320 |
| CITY/STATE/ZIP<br>Chicago IL 60603-4969 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6187669 | TELEPHONE NUMBER<br>312-782-6495 x21 |
|---|---|

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✔ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✔ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✔ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐