**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Nova Design Build, Inc., et al.
         Plaintiff,

v.                Case No.: 1:07−cv−06369
               Honorable Samuel Der−Yeghiayan

Grace Hotels, LLC, et al.
         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 29, 2008:

  MINUTE entry before Judge Honorable Samuel Der−Yeghiayan: Status hearing held and continued to 05/15/08 at 9:00 a.m. As stated on the record, the parties are given until 05/06/08 to file supplemental briefs relating to if an amendment can cure a jurisdictional issue. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.