IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NOVA DESIGN BUILD, INC, and ANNEX BUILDERS LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 07 C 6369 |
| GRACE HOTELS, LLC, et al., | ) ) | Judge Der-Yeghiayan |
| Defendants. | ) ) | |

**NOTICE OF FILING**

To:  George J. Spathis, Esq.            Daniel Kegan, Esq.
     Rebecca J. Hanson, Esq.            Kegan & Kegan Ltd.
     Shaw, Gussis, Fishman, et al.      79 West Monroe Street
     321 North Clark Street, Suite 800  Suite 1320
     Chicago, IL 60610                  Chicago, IL 60603

You are hereby notified that on May 6, 2008, we caused to be filed with the Clerk of the United States District Court the enclosed The Lyons Defendants' Brief Relating to if an Amendment Can Cure a Jurisdictional Issue.

**SABO & ZAHN**

By:   /s/ Werner Sabo

Werner Sabo (No. 3128735)
Shawn E. Goodman (No. 6216155)
Attorneys for the Lyons Defendants
Sabo & Zahn
401 N. Michigan Avenue
Suite 2050
Chicago, IL 60611
(312) 655-8620 (phone)
(312) 655-8622 (fax)
wsabo@sabozahn.com
sgoodman@sabozahn.com

1

CERTIFICATE OF SERVICE

      I, the attorney, on oath state that I served copies of this Notice of Filing and its enclosed The Lyons Defendants' Brief Relating to if an Amendment Can Cure a Jurisdictional Issue on the attorneys listed above by placing the same in properly addressed, postage prepaid envelopes and depositing said envelopes in the U.S. Mail at 401 N. Michigan Avenue, Chicago, Illinois, on or before the hour of 5:00 p.m. on May 6, 2008.

                                       /s/ Werner Sabo

Werner Sabo (No. 3128735)
Shawn E. Goodman (No. 6216155)
Attorneys for the Lyons Defendants
Sabo & Zahn
401 N. Michigan Avenue
Suite 2050
Chicago, IL 60611
(312) 655-8620 (phone)
(312) 655-8622 (fax)
wsabo@sabozahn.com
sgoodman@sabozahn.com

X:\Business\BUSINESS\Lyons\Grace Hotels\Motions\NotFil2.wpd