# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Register of Copyrights, United States of America

**Registration Number:**

**VA 1-627-430**

**Effective date of registration:**

September 28, 2007

## Title

**Title of Work:** Motel Project - 1

**Nature of Work:** Architectural Design Drawings

## Completion / Publication

**Year of Completion:** 2006

**Date of 1st Publication:** June 19, 2006    **Nation of 1st Publication:** United States

## Author

- **Author:** Nova Design Build, Inc.

  **Author Created:** Architectural work

  **Work made for hire:** Yes

  **Citizen of:** United States    **Domiciled in:** United States

  **Year Born:** 1958

  **Anonymous:** No    **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Nova Design Build, Inc.

3036 Pawtucket Road, Northbrook, IL, 60062

## Limitation of copyright claim

**Material excluded from this claim:** Few Elements compiled from franchise motel prototype design. Laid out and arranged, modified in original (unique) way.

**Previously registered:** No

## Certification

**Name:** Himanshu J. Modi

**Date:** September 26, 2007

IPN#:

**Registration #:**    VA0001627430

**Service Request #:**    1-19006513

Himanshu J. Modi
3036 Pawtucket Road
Northbrook, IL 60062