## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6369 | **DATE** | 5/15/2008 |
| **CASE TITLE** | Nova Design Build, et al. Vs. Grace Hotels, LLC, et al. | | |

**DOCKET ENTRY TEXT**

For the reasons stated in the Court's memorandum opinion dated 05/15/08, we grant Lyons Defendants' motion to dismiss Count I [8], without prejudice. We also dismiss Counts I and II against all Defendants, without prejudice. We deny Plaintiffs' motion for leave to file an amended complaint [40]. We deny Lyons Defendants' motion to dismiss Counts VI and VII. We also dismiss all the state claims in the instant action, in Counts III-VII against all Defendants, without prejudice. All pending dates and motions are hereby stricken as moot. Civil case terminated.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|